# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LANESSA L. GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-24-0884-HE |
| | ) | |
| LELAND DUDEK, Acting Commissioner of the Social Security Administration. | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On March 18, 2025, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, recommending the Commissioner's decision should be reversed and remanded.

Magistrate Judge Erwin advised the parties of the right to file specific objections to the Report and Recommendation by April 1, 2025. To date, neither party has filed an objection nor sought additional time to file one. The parties therefore have waived the right to appellate review of both factual and legal questions addressed in the Report and Recommendation. *See* Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #10]. The final decision of defendant, Leland Dudek, Acting Commissioner of the Social Security Administration, denying plaintiff Lanessa L. Graham's application for benefits under the Social Security Act is **REVERSED** and this matter is **REMANDED** to defendant for

further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g). A judgment will issue separately.

**IT IS SO ORDERED**.

Dated this 7th day of April, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE